MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GREGG W. LOWDER (CABN 107864)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7044
   Fax: (415) 436-7234
   E-Mail: Gregg.Lowder@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICKY HAWKINS,<br><br>    Defendant. | No. CR 06-0431 MMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE FORM 12 HEARING FROM SEPTEMBER 28, 2011 TO OCTOBER 5, 2011** |

    The United States of America, through Gregg W. Lowder, Assistant United States Attorney, and the defendant Ricky Hawkins, through his counsel Assistant Federal Public Defender Elizabeth Falk, respectfully request that the Court continue the Form 12 hearing from September 28, 2011, to the date of October 5, 2011 at 2:30 p.m.

    A continuance is requested because the parties have not yet reached a resolution in this matter. The defendant is facing charges in state court based on the same facts alleged in Count Two of the pending Form 12 petition. The AUSA and AFPD in the present case have been in contact, respectively, with the Deputy District Attorney and the Deputy Public Defender in the state case. It appears a resolution may be reached with a one week continuance. If not, the

STIP. AND ~~PROPOSED~~ ORDER
TO CONTINUE FORM 12 STATUS HEARING
US V HAWKINS, CR 06-0431 MMC

parties understand that a revocation hearing will be set at the next appearance of this case in this Court.

    For these reasons, the parties ask that the next Form 12 hearing in this matter be continued from September 28, 2011, to October 5, 2011 at 2:30 p.m.

**SO STIPULATED:**

DATED: September 26, 2011      MELINDA HAAG
United States Attorney

_____/s/_____
GREGG W. LOWDER
Assistant U.S. Attorney

DATED: September 26, 2011      _____/s/_____
ELIZABETH FALK
Attorney for Defendant

**IT IS SO ORDERED.**

DATED: September 27, 2011      _____
MAXINE M. CHESNEY
United States District Judge