# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RICKY DEXTER HAWKINS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-06-00431-001 MMC<br>BOP Case Number: DCAN306CR000431-001<br>USM Number: 94221-111<br>Defendant's Attorney: Elizabeth Falk, Assistant Federal Public Defender |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) <u>Standard Condition(s) 5, 8, and 9</u> of the term of supervision.

[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x] Violation number one was discharged by the Government.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: Unknown | July 17, 2013<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: 1981 | |
| Defendant's USM No.: 94221-111 | *Maxine M. Chesney*<br>Signature of Judicial Officer |
| Defendant's Residence Address:<br>U.S. Marshal Service | Honorable Maxine M. Chesney, U. S. District Judge<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>U.S. Marshal Service | July 18, 2013<br>Date |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Failure to work regularly at a lawful occupation | 4/13/2013 |
| 3 | Shall not frequent places where controlled substances are illegally sold, used or distributed | 4/10/2013 |
| 4 | Shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer | 4/10/2013 |
| 5 | Shall not associate with any person engaged in criminal activity | 4/16/2013 |

| | | |
|---|---|---|
| DEFENDANT: | RICKY DEXTER HAWKINS | Judgment - Page 3 of 3 |
| CASE NUMBER: | CR-06-00431-001 MMC | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>Seventeen (17) months</u>.

[**x**]   The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in a facility as close as possible to the San Francisco Bay Area to allow for visits from family and in particular his aging grandmother.

[**x**]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ [] am [] pm on ___.
    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 pm on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

___

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                            UNITED STATES MARSHAL

                      By _____
                            Deputy United States Marshal